UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KATHERINE WRIGHT, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KELLY SERVICES, INC., a foreign profit corporation doing business as KELLY SERVICES; KELLY SERVICES GLOBAL, LLC, a foreign limited liability company; KELLY SERVICES USA, LLC, a foreign limited liability company; and DOES 1-20,<br><br>Defendants. | Case No. 2:24-cv-01532-RSL<br><br>**AMENDED JOINT STIPULATED MOTION AND ORDER TO EXTEND DEFENDANTS' TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS** |

Pursuant to Local Civil Rules 7(d)(1) and 10(g), Plaintiff Katherine Wright ("Plaintiff"), by and through her counsel of record, and Defendants Kelly Services, Inc., Kelly Services Global, LLC, and Kelly Services USA, LLC, ("Defendants"), by and through their counsel of record, hereby stipulate, agree, and request that this Court enter an order granting Defendants an extension of time to file their reply in support of their motion to dismiss (ECF No. 20). In support of this request, Plaintiff and Defendants state as follows:

1. On October 23, 2024, Defendants filed their motion to dismiss (ECF No. 17).

2. On ~~October 20, 2024~~ November 13, 2024, Plaintiff filed her response in opposition to Defendants' motion to dismiss (ECF No. 20). As a result, Defendants' reply is currently due on November 20, 2024.

3. Due to other professional commitments and travel, Defendants seek an additional

Joint Stipulation to Extend Time
Case No. 2:24-cv-01532-RSL

Page 1

DUANE MORRIS LLP
701 Fifth Avenue
Columbia Tower, 42nd Floor
Seattle, WA 98104

seven (7) days to file their reply in support of their motion to dismiss, through and including November 27, 2024.

4. As a professional courtesy, Plaintiff has agreed to extend Defendants' deadline to file their reply to November 27, 2024.

5. Plaintiff and Defendants agree that good cause supports this request. The short requested extension will not materially impact this matter but will instead allow Defendants the necessary time to address the matters set forth in Plaintiff's response.

6. This is the first request for extension of time for Defendants to file their reply. No other dates or deadlines would be altered by this proposed extension of time.

WHEREFORE, the parties stipulate and agree and request that the Court enter an order extending Defendants' reply deadline to November 27, 2024.

RESPECTFULLY SUBMITTED this 20th day of November 2024.

| EMERY | REDDY, PLLC | DUANE MORRIS LLP |
|---|---|
| By: /s/ Patrick B. Reddy<br>Timothy W. Emery, WSBA No. 34078<br>Patrick B. Reddy, WSBA No. 34092<br>Paul Cipriani, WSBA No. 59991<br>600 Stewart Street, Suite 1100<br>Seattle, WA 98101<br>Telephone: +1.206.442.9106<br>Facsimile: +1.206.359.9000<br>emeryt@emeryreddy.com<br>reddyp@emeryreddy.com<br>paul@emeryreddy.com<br>**Attorneys for Plaintiffs** | By: /s/ Daniel B. Heidtke<br>Daniel B. Heidtke, WSBA No. 51034<br>701 Fifth Avenue<br>Columbia Tower, 42nd Floor<br>Seattle, WA 98104<br>Telephone: +1 512 277 2261<br>Email: DBHeidtke@duanemorris.com<br><br>Gerald L. Maatman, Jr. (*pro hac vice* to be submitted)<br>Jennifer A. Riley (*pro hac vice* to be submitted)<br>190 South LaSalle Street, Suite 3700<br>Chicago, IL 60603<br>Telephone: +1 312 499 6710<br>Email: GMaatman@duanemorris.com<br>Email: JARiley@duanemorris.com |

Joint Stipulation to Extend Time
Case No. 2:24-cv-01532-RSL
DM2\20523762.1

Page 2

DUANE MORRIS LLP
701 Fifth Avenue
Columbia Tower, 42nd Floor
Seattle, WA 98104

# ORDER

Based on the foregoing stipulation of the parties and GOOD CAUSE APPEARING, IT IS SO ORDERED that the case deadlines are amended as follows:

|  | **Current Deadline** | **New Deadline** |
| --- | --- | --- |
| Defendants' Deadline to Reply to Plaintiffs' Response to Defendants' Motion to Dismiss | November 20, 2024 | November 27, 2024 |

The Clerk of Court is directed to renote defendants' motion to dismiss to November 27, 2024.

Dated this 21st day of November, 2024.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Joint Stipulation to Extend Time
Case No. 2:24-cv-01532-RSL
DM2\20523762.1

Page 3

DUANE MORRIS LLP
701 Fifth Avenue
Columbia Tower, 42nd Floor
Seattle, WA 98104

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Notice of Removal
Case No.

Page 2

DUANE MORRIS LLP
701 Fifth Avenue
Columbia Tower, 42nd Floor
Seattle, WA 98104

DM2\20523762.1
C:\Users\dbheidtke\OneDrive - Duane Morris LLP\Desktop\2024.11.20 Joint Stipulated Motion and Proposed Order re Extend Time to File Reply (002)